447 A.2d 661

Commonwealth v. Dukes, Appellant.

Submitted September 21, 1981. Robert N. Tarman, Public Defender, for appellant; William Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

634

The judgment of sentence of the learned Judge William W. Caldwell is affirmed.